7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Richard C. Dupin
*Debtor*

*Bankruptcy Case No.*
13–41658–abf7

**Erlene Krigel**
    Plaintiff(s)

*Adversary Case No.*
14–04011–abf

v.

**Richard C. Dupin**
    Defendant(s)

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman, United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: That judgment is hereby entered in favor of the Plaintiff, Erlene Krigel, Trustee in Bankruptcy, and against the Defendant, Richard C. Dupin, in the amount of $825.00 for failure of the debtor to timely turn over the motorcycle as demanded by the trustee, plus the filing fee of $293, and fees of $300 previously awarded on the trustee's motion to compel, said fees shall be paid out of any exempt funds held by the trustee, with the balance of any such funds to be turnover to the debtor.

    The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 5/6/14

Court to serve